IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DERRICK DARNELL LUCKETT**                                                   **PETITIONER**

**V.**                                                          **CAUSE NO. 3:22-CV-570-CWR-RPM**

**WARDEN, WILKINSON COUNTY**                                  **RESPONDENT**
**CORRECTIONAL FACILITY**

## **ORDER**

      This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was issued on March 15, 2024. Docket No. 12. The Report and Recommendation notified the parties that failure to file written objections to its findings and recommendations within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

      This Court, finding that there has been no submission of written objections by any party, hereby adopts the Report and Recommendation as the Order of this Court. Accordingly, this habeas petition is dismissed. A separate Final Judgment is forthcoming. No certificate of appealability will issue.

      **SO ORDERED**, this the 15th day of April, 2024.

                                                          s/ Carlton W. Reeves
                                                          UNITED STATES DISTRICT JUDGE